PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Gonzalez                                       Cr.: 04-00186-001

Name of Sentencing Judicial Officer: The Honorable William H. Walls

Date of Original Sentence: 07-20-04

Original Offense: Receiving Stolen Property

Original Sentence: 5 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05-12-05

Assistant U.S. Attorney: Mitchell Epner                    Defense Attorney: Stacy Biancamano

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On December 14, 2005, in Belleville, New Jersey, the offender was arrested by the Belleville Police Department and charged with aggravated assault and possession of a weapon for unlawful purpose. According to the charging document, the offender stabbed the victim, A.V., four times in the back with a knife on December 6, 2005, while the two were engaged in an altercation resulting from a dispute over money. These charges are currently pending adjudication in the Superior Court of New Jersey in Essex County. |

I declare under penalty of perjury that the foregoing is true and correct.

Donald L. Martenz, Jr.
U.S. Probation Officer
Date: December 27, 2005

PROB 12C - Page 2
Samuel Gonzalez

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6 January 2006
_____
Date